IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEKEMA GENTLES : 
    *Plaintiff*, : 
 : CIVIL ACTION
v. : NO.: 19-1199
 : 
BOROUGH OF POTTSTOWN, et al., : 
    *Defendants*. : 

# ORDER

**AND NOW**, this 19th day of November, 2019, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 6), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. Defendants Borough of Pottstown, Daniel Weand, Carol Kulp, Rita Paez, Joseph Kirkland, Ryan Procal, and Jamie O'Neill are hereby **DISMISSED** from the above-captioned matter.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE**; and,

4. Plaintiff is granted leave to amend and shall do so **on or before December 19, 2019**. Plaintiff's failure to file an Amended Complaint within the allotted time may result in dismissal of this action with prejudice and without further notice.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.