# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEKEMA GENTLES, | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 19-1199 |
| THE BOROUGH OF POTTSTOWN, et al., | : | |
|    *Defendants*. | : | |

## **ORDER**

AND NOW, this 3rd day of March, 2021, upon consideration of Plaintiff's Motion to Reopen (ECF No. 36) and Defendants' Response thereto (ECF No. 38), it is hereby ORDERED that said Motion is GRANTED.  Accordingly, Plaintiff shall have an additional **fourteen (14) days from the date of this Order to file an appeal**.

                                                BY THE COURT:

                                                */s/ C. Darnell Jones, II*
                                                C. DARNELL JONES, II    J.